IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PERSON OF<br><br>DARRELL DEMARCUS GOLDEN<br>   AKA DARRELL DEMARCUS GOLDING<br>(D.O.B. 03/23/1993) | Case No. 7:24-mj-2 |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the Affidavit, Application for Search Warrant, and Search Warrant should be unsealed,

IT IS ORDERED that the Affidavit, Application for Search Warrant, and Search Warrant by unsealed.

SO ORDERED this 18th day of July, 2024.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE